UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Curtis E Darby_____

**14 CV 4791**

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

__New York City Police Department.__

Jury Trial: ☐ Yes   ☐ No
(check one)

RECEIVED
JUN 20 2014
PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name __Curtis Darby__
Street Address __456 Richmond terrace__
County, City __Staten Island N.Y__
State & Zip Code __N.Y. 10301__
Telephone Number __347-930-6602__

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name __N.Y.C. Police Department__
Street Address __120 Precinct__

*Rev. 05/2010*

                    County, City __Richmond County__
                    State & Zip Code _____
                    Telephone Number _____

Defendant No. 2     Name _____
                    Street Address _____
                    County, City _____
                    State & Zip Code _____
                    Telephone Number _____

Defendant No. 3     Name _____
                    Street Address _____
                    County, City _____
                    State & Zip Code _____
                    Telephone Number _____

Defendant No. 4     Name _____
                    Street Address _____
                    County, City _____
                    State & Zip Code _____
                    Telephone Number _____

**II.    Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

       ☒ Federal Questions        ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __U.S.C § 1332_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

       Plaintiff(s) state(s) of citizenship __USC § 1331_____
       Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Tappen Park Staten Island N.Y.C.

B. What date and approximate time did the events giving rise to your claim(s) occur? 2:00Am Oct. 25 2012

C. Facts: [What happened to you?] I was waiting for the bus when 2 officers who's Info was Identified at the (C.C.R.B). They beat me with gloves and pushed me around

[Who did what?] 2 N.Y.C. officers one with Blk Hair other blond Hair.

[Was anyone else involved?] Not that I know of

[Who else saw what happened?] I had a witness who saw from a distence but Can't find her now. She o.k with what ever if I find her (Sofia)

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was going to the chiropracter ever since. slip disk, cuts + bruses.

Sychomatic meds where given and Im still being harassed.

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Pay me for my pain and suffering and help me get counciling at the end. And have the police stop bothering me and my family and reconsider the case determination based on proff of the cambra pictures that was never given to the C.C.R.B. and or verble statements from witness. Freedom of Info Acts were filed and letters to re open case were filed still no one helps me. Racial Profiting and Stereotypen is happening. The President office was contacted threw proper command

I declare under penalty of perjury that the foregoing is true and correct. time after time

Signed this 20 day of June - 20, 2014   $3.10

Signature of Plaintiff   Curtis Only

Mailing Address   456 Richmond terrace Staten Island NY 10301

Telephone Number   347-930-6699

Fax Number (if you have one) _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*