

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**LAMAR D. WINSLOW**
*Assistant Corporation Counsel*
Phone: (212) 356-2579
Fax: (212) 356-1148
Email: lwinslow@law.nyc.gov

September 5, 2014

**BY ECF**
Honorable Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   Curtis Darby v. New York City Police Department, et al.,
            14 CV 4078 (JG) (VVP)

Your Honor:

      I am the Assistant Corporation Counsel assigned to represent the New York City Police Department in the above-referenced matter. I write in response to the Court's Order dated July 22, 2014, in which this Office was ordered to ascertain the full names and service addresses of the two John Doe Police Officers who were involved in the alleged incident with plaintiff. Accordingly, upon information and belief, the undersigned states that Police Officer Omar Elsayed, Shield No. 06763 and Police Officer Matthew Flores, Shield No. 03992, may be served with process at the 121st Precinct, 970 Richmond Avenue, Staten Island, NY, 10314-1503.

      I thank the Court for its attention to this matter.

                                                  Respectfully submitted,

                                                  /S
                                                Lamar D. Winslow
                                                Assistant Corporation Counsel

cc:   Curtis Darby (by regular mail)
      *Plaintiff Pro Se*
      456 Richmond Terrace
      Apt # L.D.
      Staten Island, NY 10301