```
UNITED STATES DISTRICT COURT                     NOT FOR PUBLICATION
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CURTIS DARBY,
                                                 MEMORANDUM AND ORDER
            Plaintiff,

    -against-                                    14-cv-4078

NEW YORK CITY POLICE DEPARTMENT,

            Defendant.
-----------------------------------------------------------x

CURTIS DARBY,

            Plaintiff,

    -against-                                    14-cv-4682

NEW YORK CITY POLICE DEPARTMENT,

            Defendant.
-----------------------------------------------------------x
```

JOHN GLEESON, United States District Judge:

*Pro se* plaintiff Curtis Darby currently has two cases pending in this Court against the New York City Police Department. The first, docketed under number 14-cv-4078, was originally filed in the Southern District of New York and transferred to this Court on June 30, 2014. *See* No. 14-cv-4078, Transfer Order, June 30, 2014, ECF No. 3. The second case, docketed as number 14-cv-4682, was filed in this Court on August 1, 2014. *See* No. 14-cv-4682, Compl., Aug. 1, 2014, ECF No. 1. Both cases complain of the same alleged police misconduct.

On September 5, 2014, the Court received a letter from Darby making clear that he wants the August 1, 2014, complaint in the case docketed as 14-cv-4682 to instead be considered an amended complaint in the case docketed as 14-cv-4078. *See* No. 14-4078, Letter,

Sept. 5, 2014, ECF No. 11.  Accordingly, rather than have two duplicative cases, the Clerk is respectfully directed to file the complaint from the 14-cv-4682 case as an amended complaint in the 14-cv-4078 case and to close the 14-cv-4682 case.  All future filings shall only be docketed in the 14-cv-4078 case.

So ordered.


John Gleeson, U.S.D.J.


Dated: September 8, 2014
       Brooklyn, New York