United States District Court
Eastern District Of New York

-----------------------------------------

Curtis Darby

-Against-

New York Police Department

-----------------------------------------

**CV 14 ː Complaint 4682**

ORIGINAL

Curtis Darby 456
Richmond terr #L.D
Staten Island N.Y
Paid Studies #14568

ESON

RELSKY, M.J

1. Parties:

   Plaintiff Curtis Darby, resides at Staten Island New York 456 Richmond terrace

   Defendant, John Doe, resides at 120 precent Staten Island

   Defendant, John Doe, resides at 120 precent Staten Island

2. The Jurisdiction of the Court is invoked pursuant to Curtis Darby

3. Statement of Claim.: On Oct.25.2012 Police beat MR. Darby at Tappan Park at the Stapleton area. They first ask for I.D at the corner store of Broad st and Gordon st.then followed to park where he waited for the bus (52) to go back to his home. they grabbed him and lifted him off his feet and punched him numerous times to the face as to where I had to seek Medical Treatment at St.Vencens Hospitol.At the store a beer was brought but not opened because of a game coming on at home and the harassment from the officers who was Identified at the c.c.r.b committee last year. They are holding all signed info a f.o.i.l form was filed and I was told that they will get back in touch they have not after letters was sent. I was told to wait to send in photos of abuse.Inv Kelly was in charge of the case. Based on a 30 day incarceration in September were I missed my appointment with the c.c.r.b they are Holden all signed paper work. And properly picked out photos of the officers. Violating my 14th amendment Rights guaranteed privileges and immunities of citizenship due process and equal protection. also penal code chapter 39.abuse of officers and 148 (a) (b)  39.01 and title 42 u.s code sec 1983 the Federal Civil Rights Statute in police brutality cases. and 3241-ch 558 sec 7.eff Sept.1.1983.The bottle was opened by police officer with the black hair but I was beaten by the 6 foot blond hair one.Chyropractors was seen up until 3 months ago 2014 as to were the appeal has to be filed follow by a writ of (Certiorari).Witness Sofia saw from a distance she was near other bus stop also a few cars down when I was stopped at delly.She's a verbal witness noteriesed.The Medical Doctor said I said I was drunk and I never said that no forms was signed, and there are no signatures of such only when I signed in old Lawyers

office when he ordered the records. I still have the pictures and is still attending a chyropractor.That makes the assessment from the Medical hearsay! The store across the street is a c.p.u store so there might be a video tape he said the camera can see very far. They lied and said I was drinking the beer. If so why wasn't I arrested?

4. Remedy. State what relief, such as money damages, you seek from each defendant:

I seek Medical treatment billing, also Pain and suffering also out of work from being tromatized.My back has a slip disk and it hurts a lot I will not be able to work like I use to again. Car fare.Im asking for $150,000 also a writ for exercise my 6th amendment which is the right to a speedy trial will be submitted. I was hit 5 times in the face and thrown to the ground also a fractured face bone injury that was not mentioned. plus they used gloves and I also did not mention that at the c.c.r.b commity.Having had the first part of this Discovery submitted for this Litigation that was not properly Judged I'm asking the courts to please reconsider my appeal and give me the fair trail imp entitled as a citizen.

Thank You

Date: 7/29/14

Sign your name *[signature]*

Telephone Number
347-930-6699

*Sworn to before me*
*curtise darby on*
*07/29/2014*
*[signature]*

PRADIPCHANDRA RASIKLAL SHAH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SH6261185
Qualified in Richmond County
Commission Expires May 7, 2016