UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X

CURTIS DARBY,

                                                      Plaintiff,      **NOTICE OF MOTION FOR THE IMPOSITION OF SANCTIONS AGAINST PLAINTIFF**

                -against-

NEW YORK CITY POLICE DEPARTMENT; POLICE OFFICER OMAR ELSAYED; POLICE OFFICER MATTHEW FLORES,

                                   14-CV-4183 (JG) (VPP)

                                  Defendants.

------------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Alexander Noble in Support of Defendant's Motion For the Imposition of Sanctions Against Plaintiff, dated September 18, 2015, and Memorandum of Law of the same date, defendants Police Officer Omar Elsayed and Police Officer Matthew Flores, before the Honorable John Gleeson at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York, for an Order dismissing the Amended Complaint as a sanction against plaintiff for engaging in abusive litigation practices, together with such further and other relief as this Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's August 21, 2015 Order, opposition papers, if any, are due on or before October 19, 2015, and reply papers, if any, are due on or before November 2, 2015.

1

Dated: New York, New York
September 18, 2015

        ZACHARY W. CARTER
        Corporation Counsel for the
          City of New York
        *Attorney for Defendants NYPD, Elsayed, and Flores*
        100 Church Street, Room 3-310
        New York, New York 10007
        (212) 356-2357

By:    /s/ *Alexander Noble*
      ALEXANDER NOBLE
      Assistant Corporation Counsel
      Special Federal Litigation Division

To: Curtis Darby (by Mail)
*Plaintiff Pro Se*
456 Richmond Terrace
Apt # L.D.
Staten Island, NY 10301

Docket No. 14 CV 4078 (JG) (VPP)

| |
|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK |
| CURTIS DARBY,<br><br>                                              Plaintiff,<br>                  -against-<br><br>NEW YORK CITY POLICE DEPARTMENT;<br>POLICE OFFICER OMAR ELSAYED; POLICE<br>OFFICER MATTHEW FLORES<br>                                              Defendants. |
| **NOTICE OF MOTION<br>AND<br>DECLARATION OF ALEXANDER NOBLE<br>IN SUPPORT OF<br>DEFENDANTS' MOTION FOR THE<br>IMPOSITION OF SANCTIONS AGAINST<br>PLAINTIFF** |
| *ZACHARY W. CARTER*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants New York City Police Department, Police Officer Elsayed, and Police Officer Flores*<br>*100 Church Street*<br>*New York, N.Y.  10007*<br><br>*Of Counsel: Alexander Noble*<br>*Tel:  (212) 356-2357*<br>*NYCLIS No. 2014-027634* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  .......................................... ,2015*<br><br>*................................................................ Esq.*<br><br>*Attorney for ........................................................* |