Curtis Darby                                settlement

-v-

New York Police Department

PRO SE OFFICE
14-CV-4078 (JG)

Dear: you're Honor

Laws violated 5th Amendment. No person shall be held to answer for a capitol or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in case arising in the land or navel forces, or in militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy life or limb,nor shall he compelled in any criminal case to be a witness against himself nor be deprived of life, liberty or property without due process of law, nor shall private property be taken for public use.

Civil Rights which consist of the first ten amendments to the U.S constatution, enumerates certain basic personal liberties.Laws passed by elected official that infringe on these libertise are invalidated by the judiciary as unconstatutional the 5th amendment to the constatution, ratified in 1791, represents five distinct liberties that framers attempt to safeguard from majoritarian impulses;(1) the right to be indicted by the Grand jury before being tried for a federal or criminal offense.

Double Jeopardy did take place because Judge polaskie told the officers 3rd lawyer that he can't and will not dismiss the case based on a conversation that I had with their 2nd lawyer. I no threats of violence is not excitable in the litigation process but I was being chased by n.y.p.d on the regular basses and she denied my deposition hearing when the judge order her to give me one. So the relatively new lawyer asked the judge again to dismiss the case based on the same grounds.(Life or limb)Based on the United States Constitution I've been held up, violated and disrespected as a Graduate of the department of Law enforcement. I no longer want to be one. Based on my chiropractor and doctors along with heavy forinsics, and a witness statement I'm asking the courts for $50,000 to settle the case.

1. Sleepless knights.

2. Fear of things in that park.

3. Pain and suffering.

4. Bills

5. Stress and agony.

6. Bipolor paranoia

All things listed that this case effected. Please consider this light offer.

Also the phone call to the officer's lawyer was because the courts switched judges and he be writing me too.

I'm also asking the judge for another adjournment until after Christmas based on the holidays and I'm still away in the hospital from December 11th until December 30th.

State of Ohio
County of Sandusky
24th day of November

ANGELA LORENZEN, NOTARY PUBLIC
State of Ohio
My Commission Expires Dec. 9, 2017



METROFLEX MI 480
01 DEC 2015 PM 5 L

SWS (Judge Gleeson)

US District Court
Pro Se Office
225 Cadman Plaza
Brooklyn New York 11201

11201183299

Curtis Darby
344 Jackson St
Fremont OHIO
43420

2015 DEC -7 AM 11:28
CLERK