```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CURTIS DARBY,                                    JUDGMENT
                                                 14-CV- 4078 (JG)
                      Plaintiff,

     -against-

NEW YORK CITY POLICE DEPARTMENT,
et al.,

                      Defendants.
------------------------------------------------------------X
```

An Order of Honorable John Gleeson, United States District Judge, having been filed on January 15, 2016, granting Defendants motion for sanctions and motion to dismiss, for the reasons as stated on the record; it is

ORDERED and ADJUDGED that judgment is hereby entered granting Defendants motion for sanctions and motion to dismiss, for the reasons as stated on the record.

| | |
|---|---|
| Dated: Brooklyn, New York<br>January 29, 2016 | Douglas C. Palmer<br>Clerk of Court |
| | by: */s/ Janet Hamilton*<br>Deputy Clerk |